RECEIVED
JAN 2 2 2013
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY _____ DEPUTY CLERK

FILED
MAR 1 1 2013
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY _____ DEPUTY CLERK

Attachment 1 - Civil Complaint

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
San Antonio   DIVISION

SA 13 CV 0060 DAE

Lingzhi Hu
(Enter your full name)
         Plaintiff(s)

CASE NUMBER: FTC 12-143-T028
(To be supplied by Intake Deputy)

Brooke Army Medical center
(Enter full name of each Defendant)
         Defendant(s)

## COMPLAINT

▸   First Paragraph (Name and Address of Plaintiff)

▸   Second Paragraph (Name and Address(es) of Defendant(s))

▸   Third Paragraph (Jurisdiction Plea).

▸   Fourth Paragraph ....

▸   Fifth Paragraph ...

The final paragraph should contain a statement of the relief you are seeking. This paragraph should not be numbered.

_____
Signature
Name (Typed or Printed) Lingzhi Hu
Address              208 N. valencia St. Alhambra, CA 91801
Telephone Number  562-405-7415

[Type text]     United States District Court Western District of Texas San Antonio Division
[Type text]

Lingzhi Hu ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

Plaintiffs

Tort Claims Division: 12-143-T028

Department of the Army: Brooke Army Medical Center

Defendants

Paragraph 1: Lingzhi Hu 208 N. Valencia St. Alhambra CA 91801

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

Paragraph 2: Department of the Army: Brooke Army Medical Center 3851 Roger Brooke Drive Fort Sam Houston, Texas 78234-6200

Paragraph 3: My complaint is against the Brooke Army Medical Center which is looked in the city of San Antonio Texas thus falling under the United States District Court Western District of Texas San Antonio Division.

Paragraph 4: While being treated in the Brooke Army Medical Center for a brain clot, many medical staff including trainees stuck needles into my arm to draw blood. I was negligently stuck with needles in my arm too many painful times, sometimes more than six times a day. I told the staff of the discomfort I was experiencing, but they told me it was normal to feel this pain. After

[Type text]	United States District Court Western District of Texas San Antonio Division
[Type text]

being released from the hospital, my right arm had a large bump appear. I went to the TMC and ER, they both told me to simply put ice on it, and it will go away soon, that everything would be fine. After a couple of days my arm got swollen and became extremely painful. In short, I was forced to undergo surgery because my veins in that arm had broken to multiple blood draws that were done carelessly and with no regard towards my well-being. I under a painful surgery that left my arm scared with muscle tissue missing. Had I not gotten this surgery I would had lost my arm. It was all the result of Medical Malpractice.

Relief Requested

I want the United States District Court, Western District of Texas, San Antonio Division, to hear my case and grant me monetary compensation for the damages to my right limb. I am asking that Brooke Army Medical Center to assume responsibility of my right arm. I want the following factors to be taken into consideration when considering any monetary settlement for negligence in my right arm;

-Limited Mobility

-Constant Pain

-Lack of strength

-Extreme weakness

-Disfiguration

[Type text]  [Type text]  [Type text]

2