AO 450 (Rev. 01/09) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Western District of Texas



| | |
|---|---|
| LINGZHI HU, | ) |
| *Plaintiff* | ) |
| v. | ) Civil Action No. SA-13-CA-00060-DAE |
| BROOKE ARMY MEDICAL CENTER | ) |
| *Defendant* | ) |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus postjudgment interest at the rate of _____ %, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

☑ other: Pursuant to the Court's ORDER this date ADOPTING the United States Magistrate Judge's Memorandum and Recommendation, the Plaintiff's Motion for Appointment of Counsel is DENIED, and the above-entitled and numbered case is DISMISSED WITH PREJUDICE.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge DAVID ALAN EZRA

Date: 05/24/2013

CLERK OF COURT

WILLIAM G. PUTNICKI

*Kathy L. Hicks*
*Signature of Clerk or Deputy Clerk*